IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY | * * * * |
| Plaintiff, | * CIVIL NO. 1:24-CV-01664-EA * |
| V. | * * |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al. | * * * |
| Defendants. | * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT

Hanover Armory, LLC, a Maryland limited liability company, Defendant, by Hartman, Attorneys at Law, and C. Edward Hartman, III, hereby files this Answer to Plaintiff's Complaint for Declaratory Judgment, and in support thereof states:

## I

The Complaint fails to state a claim upon which relief can be granted.

## II

As to the specific averments of the Complaint, Defendant.

1. Admits the allegations of paragraphs 1, 2, 3, 4, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 20.

2. Denies the allegations of paragraphs $21^2$, 23, 24, 25, 26, 27, 28, 29, 30, and 31.

3. Is unable to admit or deny the allegations of paragraphs 5, 6, and 8 and, therefore, denies the same.

4. Denies the allegations of paragraphs 18, 19, and 22 if and to the extent the allegations and provisions are inconsistent with Hanover Armory's insurance policy with Plaintiff.

5. Re-avers and realleges the responses to the allegations incorporated by reference in paragraph 21[1].

6. Deny any and all allegations that were not expressly admitted herein.

### III

The Defendant asserts any and all affirmative defenses that may be appropriate as discovery will develop, and incorporate by reference all those affirmative defenses listed in the Federal Rules of Civil Procedure and the Local Rules of the District Court of Maryland.

WHEREFORE, the Defendant respectfully requests that this Honorable Court:

A. Dismiss the Complaint with prejudice;

B. Deny the relief requested by Plaintiff;

C. Find that the claims in the Underlying Lawsuit are covered by the Policy;

D. Award Defendant its reasonable attorneys' fees;

E. Grant such other and further relief as the nature of this cause may require.

Respectfully submitted,

HARTMAN, Attorneys at Law

By:    /s/ *C. Edward Hartman, III*
C. Edward Hartman, III, No. 07716
116 Defense Highway, Suite 300
Annapolis, Maryland 21401
Telephone:    (410) 266-3232
Facsimile:    (410) 266-5561
Email:        ed@hartman.law
*Attorneys for Hanover Armory, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2025, I served a copy of the foregoing

Answer to Plaintiff's Complaint for Declaratory Judgment by electronic filing to:

Rober Forest Friedman
Thomas Simpson Garrett
Harman Claytor Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
rfriedman@hccw.com
tgarrett@hccw.com
*Attorneys for Plaintiff*

Thomas Patrick George Webb
Baltimore City Law Department
100 N Holliday Street
Baltimore, Maryland 21202
tom.webb@baltimorecity.gov
*Attorney for Mayor and City Council of Baltimore*


/s/ *C. Edward Hartman, III*
C. Edward Hartman, III, No. 07716