IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY | * * * * | |
| Plaintiff, | * * | CIVIL NO. 1:24-CV-01664-EA |
| V. | * * | |
| MAYOR AND CITY COUNCIL OF BALTIMORE et al. | * * * * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LOCAL RULE 103.3 DISCLOSURE

Undersigned counsel hereby certifies that the Mayor and City Council of Baltimore is not

an affiliate or parent of any corporation, and no corporation, unincorporated association,

partnership or other business entity, not a party to the case, has a financial interest in the outcome

as defined in Local Rule 103.3.

Respectfully submitted:

*/s/ Thomas P. G. Webb*
Thomas P.G. Webb, Chief Solicitor
Federal Bar No. 18624
Baltimore City Law Department
100 N. Holliday Street
City Hall Baltimore, MD 21202
Phone: 410-396-5784
Fax: 410-547-1025
tom.webb@baltimorecity.gov
Attorney for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 21st day of January 2025, the foregoing Rule 103.3 Certification was filed in accordance with the Electronic Filing Requirements and Procedures, as established by the United States District Court.

*/s/ Thomas P. G. Webb*
Thomas P.G. Webb