**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**THE CINCINNATI SPECIALTY**
**UNDERWRITERS INSURANCE COMPANY**

      **v.**                           **CIVIL CASE NO.  SAG-24-01664**

**HANOVER ARMORY, LLC et al**

**\*\*\*\*\*\*\*\*\***

**<u>ORDER</u>**

It is, this 5th day of February, 2026, ORDERED that the parties submit a joint status update

on or before March 9, 2026 on the progress of the prospective settlement.

 

 

                                               _____/s/_____

                                               Stephanie A. Gallagher
                                             United States District Judge