IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY<br>    Plaintiff,<br><br>v.<br><br>HANOVER ARMORY, LLC and MAYOR AND CITY COUNCIL OF BALTIMORE<br><br>    Defendants. | Case No. 1:24-cv-1664-SAG |

## JOINT STATUS REPORT

Plaintiff The Cincinnati Specialty Underwriters Insurance Company ("CSU") and Defendants Mayor and City Council of Baltimore (the "City") and Hanover Armory, LLC, by counsel, hereby submit their report in response to the February 5, 2026 Order, and state as follows:

On February 4, 2026, the parties participated in a remote settlement conference before Magistrate Judge Chelsea Crawford and reached a settlement in principle. The parties request that the deadline for dispositive motions remain stayed pending further settlement negotiations, which they do not anticipate lasting more than an additional thirty days. The parties agree to either file a notice of stipulation and dismissal or a further status report by April 8, 2026.

**THE MAYOR AND CITY COUNCIL OF BALTIMORE**

*/s/ Thomas P.G. Webb*
Thomas P.G. Webb (Bar No. 18624)
Baltimore City Law Department
100 N. Holliday Street, Suite 101
City Hall, Baltimore, MD 21202
Telephone: 410-396-5784
Fax: 410-547-1025
Tom.webb@baltimorecity.gov

James Hannaway (admitted *pro hac vice*)
Berger Montague
1001 G Street NW
Suite 400 East
Washington, DC 20001
Telephone: (202) 869-4524
Fax: (215) 875-4604
jhannaway@bergermontague.com

*Attorneys for Defendant,*
*The Mayor and City Council of Baltimore*

**THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**

*/s/ Thomas S. Garrett*
Thomas S. Garrett (Md. Fed Bar No. 31237)
Harman Claytor Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 – Fax
tgarrett@hccw.com
(signed by Thomas P.G. Webb with permission of Thomas S. Garrett)

*Attorneys for Plaintiff,*
*The Cincinnati Specialty Underwriters Insurance Company*

**HANOVER ARMORY, LLC**

*/s/ C. Edward Hartman*
C. Edward Hartman, III (Bar No. 07716)
116 Defense Highway, Suite 300
Annapolis, Maryland 21401
Telephone:  410-266-3232
Facsimile: 410-266-5561
ed@hartmanlaw.com
(signed by Thomas P.G. Webb with permission of C. Edward Hartman)

*Attorney for Hanover Armory, LLC*