**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

THE CINCINNATI SPECIALTY UNDERWRITERS
INSURANCE COMPANY
      Plaintiff,

      v.

HANOVER ARMORY, LLC and MAYOR AND CITY
COUNCIL OF BALTIMORE

      Defendants.

Case No. 1:24-cv-1664-SAG

**STIPULATION OF DISMISSAL**

Plaintiff Cincinnati Specialty Underwriters Insurance Company ("CSU") and Defendants

Hanover Armory, LLC and Mayor and City Council of Baltimore, by their respective counsel and

pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), submit this Stipulation of Voluntary Dismissal dismissing

WITH PREJUDICE any and all claims asserted by Plaintiff CSU in this action.

Date:  April 29, 2026

      **THE CINCINNATI SPECIALTY UNDERWRITERS**
      **INSURANCE COMPANY**

      /s/ *Thomas S. Garrett*
      Thomas S. Garrett (Md. Fed Bar No. 31237)
      Harman Claytor Corrigan & Wellman
      P.O. Box 70280
      Richmond, Virginia  23255
      804-747-5200 - Phone
      804-747-6085 – Fax
      tgarrett@hccw.com

      ***Attorney for Plaintiff,***
      ***The Cincinnati Specialty Underwriters Insurance Company***

      **THE MAYOR AND CITY COUNCIL OF BALTIMORE**

      /s/ *Thomas P.G. Webb*
      Thomas P.G. Webb (Bar No. 18624)
      BALTIMORE CITY LAW DEPARTMENT
      100 N. Holliday Street, Suite 101
      City Hall, Baltimore, MD 21202

Telephone: 410-396-5784
Fax: 410-547-1025
Tom.webb@baltimorecity.gov

***Attorney for Defendant,***
***The Mayor and City Council of Baltimore***


**HANOVER ARMORY, LLC**

*/s/ C. Edward Hartman, III*
C. Edward Hartman, III (Bar No. 07716)
116 Defense Highway, Suite 300
Annapolis, Maryland 21401
Telephone:  410-266-3232
Facsimile: 410-266-5561
ed@hartmanlaw.com

***Attorney for Hanover Armory, LLC***



C E R T I F I C A T E

I hereby certify that on the 29th day of April, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/  Thomas S. Garrett